# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BAUM  REDFIELD T. | U.S. Bankr. Court (AZ) | 12/31/13 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/13  to  12/31/13 |

**7. Chambers or Office Address**

230 N. First Ave
Phoenix  AZ  85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

2014 MAY 15 A 10:31
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RedField F. Baum | 12/31/13 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | | *(yours, not spouse's)* |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | SEE ATTACHED | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REDFIELD T. BAUM | 12/31/13 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REDFIELD T. BAUM | 12\31\13 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 SEE ATTACHED | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income Gain Codes: A. $1,000 or less; B. $1,001 - $2,500; C. $2,501 - $5,000; D. $5,001 - $15,000; E. $15,001 - $50,000
(See Columns B1 and D4) F. $50,001 - $100,000; G. $100,001 - $1,000,000; H1 $1,000,001 - $5,000,000; H2 More than $5,000,000
2. Value Codes: J. $15,000 or less; K. $15,001 - $50,000; L. $50,001 - $100,000; M. $100,001 - $250,000
(See Columns C1 and D3) N. $250,001 - $500,000; O. $500,001 - $1,000,000; P1 $1,000,001 - $5,000,000; P2 $5,000,001 - $25,000,000
P3 $25,000,001 - $50,000,000; P4 More than $50,000,000
3. Value Method Codes: Q. Appraisal; R. Cost (Real Estate Only); S. Assessment; T. Cash Market
(See Column C2) U. Book Value; V. Other; W. Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REDFIELD T. BAUM | 12/31/13 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

n/A

| Name of Person Reporting | Date of Report |
|---|---|
| REDFIELD  T. BAUM | 12/31/13 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Redfield T. Baum          December 31, 2013

I. POSITIONS

        Trustee          Trust #2

        Director    Arizona State University College of Law
                    Alumni Association

III. NON-INVESTMENT INCOME

    None

IV. REIMBURSEMENT

    NCBJ        Atlanta, Ga.,  Oct.22-25;  annual conference
                (meals, hotel and transportation)

    [NCBJ-National Conference of Bankruptcy Judges]

V.  GIFTS

    None

VII. INVESTMENTS AND TRUSTS--income, value, transactions.

| A | B. | C. | D. | |
|---|----|----|----|---|
| Common Stock | amt | type | val. | mthd |
| Amer. Tel & Telg. | D | div | N | T |
| Berkshire Hathaway | 0 | | K | T |
| Clorox█ | A | div | J | T(IRA distribution) |
| Comerica | A | div | K | T |
| Conoco Phillips | B | div | L | T |
| Cognizant | 0 | | J | T |
| Comcast Corp.  A | A | div | J | T |
| Citigroup | A | div | J | T |
| Insured Bank Program | A | div | K | T |
| Kinder Morgan | A | div | J | T |
| Express Scipts Holdings | A | Div | J | T |
| Exxon Mobil | F | div | O | T |
| Frontier Comm | A | div | J | T |
| Gap | A | div | J | T |
| Gartner Group | 0 | | J | T |
| General Electric | E | div | O | T |
| Hewlett Packard | A | div | J | T |

1

| | | | | | |
|---|---|---|---|---|---|
| Hospira | A | div | J | T | |
| Johnson & Johnson | C | div | L | T | |
| LSI | 0 | | J | T | |
| Merck | B | div | L | T | |
| Pfizer | B | div | K | T | |
| Phillips 66 | B | div | K | T | |
| Royal Dutch | D | div | M | T | |
| S.W. Gas | A | div | J | T | |
| Southwest Airlines | A | div | J | T | |
| Three M | A | div | J | T | |
| Verigy Ltd | 0 | | J | T | |
| Verizon | C | div | L | T | |
| Vodaphone Group | B | div | K | T | |
| Windstream | A | div | J | T | |
| Zweig Total Return | A | div | J | T | |

## Bank Accounts(Checking)

| | | | | |
|---|---|---|---|---|
| JPMorgan Chase Bank Phoenix, Az. | A | int | K | T |

## Individual Retirement Accounts

Stifel Nicklaus

| | | | | |
|---|---|---|---|---|
| Insured Bank Program | A | div | K | T |

(IRA   common stock):

| | | | | |
|---|---|---|---|---|
| ATT | A | div | J | T |
| Abbott | A | div | J | T |
| Abbvie | A | div | J | T(spin off Abbott) |
| AlcatelLucent | 0 | | J | T |
| Becton Dickinson | A | div | J | T |
| Bemis Co | A | div | J | T |
| Berkshire Hathaway | 0 | | M | T |
| Bristol Meyers Squibb | A | div | J | T |
| Coke | A | div | K | T |
| Emerson Electric | A | div | J | T |
| Express Scripts Hold. | A | Div | J | T |
| Diebold | A | div | K | T |
| Hewlett Packard | A | div | K | T |
| Intel | A | div | J | T |
| J.W.Smucker | A | div | J | T |
| Johnson & Johnson | A | div | J | T |
| Merck | A | div | J | T |

| | | | | | |
|---|---|---|---|---|---|
| Proctor & Gamble | A | div | K | T | |
| Pfizer | A | div | J | T | |
| Sanofi Aventis | A | div | J | T | |
| UPS | A | div | J | T | |

(IRA Mutual Fund):

| | | | | |
|---|---|---|---|---|
| American Cap Fund | A | div | K | T |
| American Mutual Fund | A | div | K | T |
| CapitalWorldFund | A | div | K | T |
| EuroPacificFund | A | div | K | T |
| GrowthFund | A | div | K | T |
| Invest.Co.AmericanFund | A | div | K | T |
| NewPerspect.Fund | A | div | K | T |
| SmallCapWorldFund | A | div | K | T |
| Wash.MutualInvest.Fund | A | div | K | T |

Assets trusts:

Trust #2

| | | | | |
|---|---|---|---|---|
| Comerica stock | C | div | L | T |
| Stifel Nicklaus [Insured Bank Program} | A | div | J | T |

Transactions

A. Stocks Sold [all sales of entire stock unless noted by (P)]

| | date | value | gain | |
|---|---|---|---|---|
| Alcatel Lucent | 11/12/13 | J | A | {inadvertently omitted prior year} |
| BankNYMellon | 10/18/13 | L | F | |
| BristolMeyers Squib | 10/18/13 | L | F | |
| Century Link | 11/21/13 | J | A | |
| Comcast | 10/18/13 | J | A | (P) |
| Conoco Phillips | 10/18/13 | J | D | (P) |
| DunnBradstreet | 10/18/13 | J | C | |
| EastmanChemical | 10/18/13 | J | C | |
| Moodys | 10/18/13 | K | E | |
| Phillips 66 | 10/18/13 | K | D | (P) |
| Sempra | 10/18/13 | K | D | |
| Schlumberger | 10/18/13 | L | F | |

| | | | |
|---|---|---|---|
| Travelers | 10/18/13 | K | D |
| ZimmerHoldings | 10/18/13 | J | C |